SUZANNE M. MORRIS, State Bar No. 239324
201 Spear Street, Suite 1100
San Francisco, CA  94105
Telephone: (415) 513-5605
Facsimile:  (415) 848-9130

Attorney for Defendant ANTHONY TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>  ) <br> Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> ANTHONY TURNER, ) <br>  ) <br> Defendant. ) <br> _____ ) | No. CR-15-266-HSG <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE** |

Defendant Anthony Turner was indicted on August 11, 2016 on charges of conspiracy to enter an airport in violation of security requirements in violation of 18 U.S.C. § 371 and entering an airport in violation of security requirements, in violation of 49 U.S.C. §§ 46314, subdivisions (a) and (b)(2).

Mr. Turner appeared before this court on August 15, 2016, at which time, this Court ordered Mr. Turner released on an unsecured bond in the amount of $25,000. Since that time, Mr. Turner has fully complied with the conditions of his release.

Among Mr. Turner's conditions of release is the standard condition that he not travel outside the Northern District without the Court's prior approval. Mr. Turner

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
*United States v. Anthony Turner*, CR 15-266-HSG

1

currently resides in the Northern District. However, for financial reasons, he must relocate and has secured housing in Sacramento, in the Eastern District of California. Mr. Turner is currently employed with a catering company, which caters events around the Bay Area, but is based in Sacramento.

Counsel for Mr. Turner has conferred with U.S. Pretrial Services Officer Timothy Elder, who expressed that the Pretrial Services Office is not opposed to the proposed modification.

For the foregoing reasons, the parties agree that Mr. Turner may reside in Sacramento, in the Eastern District of California and may travel in the Eastern and Northern Districts.

IT IS SO STIPULATED.

Date: 3/21/17

/s/ Suzanne M. Morris
_____.
Suzanne M. Morris
Counsel for Anthony Turner


/s/ Garth Hire

Dated: 3/21/17
_____.
Garth Hire
Assistant United States Attorney

IT IS SO ORDERED.

Date: 3/22/17

_Kandis Westmore_
The Honorable Kandis A. Westmore
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE
*United States v. Anthony Turner*, CR 15-266-HSG