BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone:    (510) 637-3723
    Facsimile:    (510) 637-3724
    E-mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 15-00266 HSG |
| Plaintiff, | STIPULATION AND ORDER CONTINUING SENTENCING HEARINGS |
| v. | |
| ANTHONY JEROME TURNER, and BRIANNA NICOLE HOLLOWAY, | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendants Anthony Jerome Turner and Brianna Nicole Holloway (defendants), by and through their respective counsel of record, hereby stipulate as follows:

    1.    Defendants Turner and Holloway have pleaded guilty pursuant to plea agreements with the government and both defendants are presently set for sentencing before this Court on October 16, 2017. The final PSR was recently disclosed with respect to defendant Turner and has yet to be disclosed for defendant Holloway.

1

2. The parties require additional time to prepare a sentencing memorandum. Because these defendants have children together the parties believe it makes sense for the Court to sentence them on the same day. In order to permit counsel adequate time to prepare sentencing memoranda, the parties respectfully request that the October 16, 2017, sentencing hearings be continued to November 13, 2017, at any time convenient for the Court.

IT IS SO STIPULATED.

Dated: October 12, 2017

BRIAN J. STRETCH
United States Attorney

　　/S/  *Garth Hire*
GARTH HIRE
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

　　/S/　　　　　　　　　　　　　　　　　10/11/2017
SUZANNE MORRIS　　　　　　　　　　　　Date
Attorney for Defendant Anthony Jerome Turner

　　/S/　　　　　　　　　　　　　　　　　10/11/2017
ERICK GUZMAN　　　　　　　　　　　　　Date
Attorney for Defendant Brianna Nicole Holloway

**ORDER**

The Court has read and considered the Stipulation to Continue Sentencing Hearings filed by the parties in this matter.

THEREFORE, FOR GOOD CAUSE SHOWN:

The sentencing hearings presently set for 2:00 p.m. on Monday, October 16, 2017, are continued to 10:00 a.m. on Monday, November 13, 2017.

IT IS SO ORDERED.

10/12/2017
DATE

*Haywood S. Gilliam Jr.*
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE